IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01194-PSF-BNB

DEBRA JONES,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,
TYRA CARRASCO, whose true name is unknown, and
JIM "DOE", whose true name is unknown,

## ORDER AMENDING CAPTION AND PLEADINGS

THIS MATTER is before the Court on the plaintiff's Unopposed Motion to Amend Caption and Pleadings (Dkt. # 12).  It is hereby

ORDERED that the motion is GRANTED and that the caption and pleadings are amended to reflect the true name of Defendant Kathy Lynn to be **Tyra Carrasco**.

DATED:  September 12, 2005

                                                  BY THE COURT:

                                                  s/ Phillip S. Figa
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge