IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01194-PSF-BNB

DEBRA JONES,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation;
TYRA CARRASCO, whose true name is unknown; and
JIM "DOE," whose true name is unknown,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulated Motion to Dismiss (Dkt. # 16) with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees.

    DATED: October 6, 2005

                                  BY THE COURT:

                                  s/ Phillip S. Figa
                                  _____
                                  Phillip S. Figa
                                  United States District Judge